El Pueblo de Puerto Rico, demandante y apelado, *v.* Carmelo Burgos, acusado y apelante.

No. 5502.—*Sometido:* Diciembre 5, 1933. *Resuelto:* Diciembre 19, 1933.

*Leopoldo Tormes,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

Burgos fué convicto del delito de escalamiento. Alega que la acusación era insuficiente para sostener el veredicto. La acusación imputa una penetración forzosa con intención de cometer violación. El apelante se funda en el caso de *El Pueblo v. Wys,* 25 D.P.R. 510, como autoridad para su contención de que la acusación debió alegar el delito de violación. La respuesta puede hallarse en los casos de *El Pueblo v. Méndez,* 34 D.P.R. 453, y *El Pueblo v. Ramírez,* 41 D.P.R. 747.

Otros señalamientos de error son al efecto de que el veredicto es contrario a derecho y a la prueba y que la corte de distrito cometió error al declarar sin lugar una moción de nuevo juicio. Ambos se dirigen a la suficiencia de la prueba. Ninguno de ellos, tal cual se desarrollan en el alegato, exige seria consideración.

*La sentencia apelada debe ser confirmada.*